## COHEN & KRASSNER

ATTORNEYS AT LAW

EMPIRE STATE BUILDING

| | | |
|---|---|---|
| MARK KRASSNER* <br> STEVEN COHEN <br> BRUCE E. RACHMIL <br> JOSHUA D. SPITALNIK* <br> _____ <br> *Member NY & NJ Bar | 350 FIFTH AVENUE  SUITE 2418 <br> NEW YORK NEW YORK  10118 <br><br> TEL:  (212)564-1900 <br> FAX:  (212)244-6219 | NEW JERSEY OFFICE <br> _____ <br> 299 MARKET STREET, STE.100 <br> SADDLE BROOK, NJ 07663 <br> TEL:  (201)845-4991 <br> FAX:  (201)845-4993 |

July 31, 2007

<u>VIA ECF</u>
Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Chambers 1217, Courtroom 13-D
Brooklyn, NY 11201

    Re:    Kirstin Jackson v. Immediate Credit Recovery, Inc
             Case No.: CV 05-5697
             Our File No. 47696

Dear Judge Gold:

       My office represents the defendant, Immediate Credit Recovery, Inc., on the above referenced matter.

       On July 30, 2007 a telephone conference was held in which your Honor directed both parties appear in person with a representative from Traveler's on August 3, 2007 at 4 P.M. if the settlement check was not delivered to the plaintiff.

       Please be advised that the settlement check was forwarded to plaintiff's attorney by Federal Express today, and that this matter is settled in full.

       Thank you for your consideration.

                                                             Respectfully yours,

                                                             Joshua Spitalnik

c.    Adam Fishbein, Esq.